EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª.

No. 533.—Resuelto en febrero 17, 1913.

DERECHO PENAL—SENTENCIA DE ACUERDO CON LA PRUEBA.—Examinada la prueba practicada en este caso, es más que suficiente para sostener la sentencia condenatoria apelada.

Los hechos están expresados en la opinión.
Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*
El apelante no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Dionisio Rivera fué acusado ante la Corte Municipal de San Juan de haber acometido y agredido a Pedro Falú, maliciosa, ilegal y voluntariamente, con el propósito de causarle grave daño personal. Celebrado el juicio, fué declarado culpable. Apeló para ante la corte de distrito y celebrado el juicio de nuevo, fué también declarado culpable y condenado a pagar cuarenta dólares de multa y las costas y en su defecto a sufrir un día de cárcel por cada dólar de la multa que dejare de satisfacer. Contra esa sentencia de la corte de distrito, dictada el 29 de octubre de 1912, apeló para ante este Tribunal Supremo, y el 7 de febrero actual se celebró la vista del recurso, sin que compareciera la parte apelante.

En la transcripción figura una exposición del caso en la que se ha incluído la prueba practicada. La hemos exami-

nado y, a nuestro juicio, es más que suficiente para sostener la sentencia condenatoria apelada que, en tal virtud, debe confirmarse en todas sus partes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.